## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO JACKSON, | 3:14-CV-0415-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 18, 2014 |
| OFFICER SCAPETTA, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion requesting defendants' addresses under seal and held in abeyance (#7) is **DENIED as moot**.  The U.S. Marshal served both defendants on December 2, 2014.

   **IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                       By:          /s/
                                                        Deputy Clerk