# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO JACKSON,<br><br>              Plaintiff,<br><br>  v.<br><br>OFFICER SCARPATI, *et al.*,<br><br>             Defendants. | 3:14-cv-00415-RCJ-VPC<br><br>**MINUTES OF THE COURT**<br><br><br>July 1, 2015 |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Before the court are plaintiff's motions to strike (#s 23/25).  The motions are **DENIED**.

      Defendants' omission of a full citation in their reply is merely an error.  It is an insufficient basis to strike their entire reply.  This court is interested in examining issues on their merits, and frivolous motion practice such as this precludes the court from doing so.  Moreover, the court's recommended disposition (#30) of the motion to dismiss indicates that plaintiff was not prejudiced by their failure to comply with citation requirements.

      Plaintiff is warned that the court will take a dim view of continued, time-wasting motion practice.  He is instructed to focus his efforts on the merits of this case, rather than filing motions to strike upon every occasion that defendants make minor errors.

      Defendants are instructed to review the Local Rules of Practice.  They shall **FILE** a notice of compliance upon so doing.  Therein, they shall attest to their understanding that the proper procedure by which to correct a prior filing is to withdraw and move for leave to refile.  Filing an "errata" is procedurally improper and they shall not do so again.

Finally, plaintiff's "non-opposition" to the recommended disposition of the motion to dismiss (#31) is **STRICKEN**.  The applicable rules to not provide for such a filing, and the R&R indicated that the Clerk, not plaintiff, is to file the amended complaint.  **Plaintiff shall refrain from filing documents in this case unless specifically permitted by the rules or ordered by the court.**  He is advised that his status as a *pro se* party does not excuse him from compliance with the rules and orders of this court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
  Deputy Clerk