UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| ORLANDO JACKSON, ) | |
| ) | CASE NO.: 3:14-CV-00415-RCJ-VPC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| OFFICER SCARPATI, *et al.,* ) | |
| ) | |
| Defendant. ) | |

    The Court has considered the Report and Recommendation of United States Magistrate (ECF #30) entered on June 10, 2015, in which the Magistrate Judge recommends the Court grant and deny in part Defendants' Motion to Dismiss (ECF #11) and grant Plaintiff's Motion to File an Amended Complaint (ECF #18).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #30).

    IT IS HEREBY ORDERED that Plaintiff's Motion to File an Amended Complaint (ECF #18) is GRANTED.  The Clerk shall file the Amended Complaint (ECF #18-1).

    IT IS FURTHER ORDERED that  Defendants' Motion to Dismiss (ECF #11) is GRANTED AND DENIED IN PART.

///

1       IT IS FURTHER ORDERED that Plaintiff's claims against the North Las Vegas Metropolitan Police Department are DISMISSED WITH PREJUDICE, WITHOUT LEAVE TO AMEND.

        IT IS FURTHER ORDERED that Plaintiff may have **thirty (30)** days from entry of this Order to file an amended complaint remedying, if possible, the defects identified in the Report and Recommendation (ECF #30).  Any allegations parties, or requests for relief from prior papers that are not carried forward in the amended complaint will no longer be before the Court.  Plaintiff is advised that if he does not file an amended complaint with the specified time period, the Court will DISMISS THE CLAIMS AGAINST THE CITY WITH PREJUDICE.

        IT IS SO ORDERED this 27th day of August, 2015.

                                        _____
                                        ROBERT C. JONES
                                        UNITED STATES DISTRICT JUDGE