# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORLANDO JACKSON,

    Plaintiff,

vs.

OFFICER SCARPATI, *et al.*,

    Defendant.

Case No.: 3:14-CV-00415-RCJ-VPC

**ORDER**

ORDER IN CHAMBERS:

On September 28, 2015, United States Magistrate Judge Cooke entered Scheduling Order for Civil Rights Actions Filed by Incarcerated Pro Se Plaintiffs (ECF#37). On September 30, 2015, a copy of the Order was returned as undeliverable, "inmate discharged." (ECF #38).

**Local Rules of Special Proceedings and Appeals 2-2 Change of Address provides as follows:**

"The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."

///

///

///

IT IS HEREBY ORDERED If no action is taken in this case **on or before Friday, October 30, 2015,** the Court will dismiss this action with prejudice for failure to comply with this Order and LSR 2-2.

IT IS SO ORDERED.

DATED this 30th day of September, 2015.

*[signature]*

ROBERT C. JONES
United States District Judge