# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER SCARPATI, *et al.*,<br><br>        Defendants. | Case No.: 3:14-CV-00415-RCJ-VPC<br><br>**ORDER** |

On September 28, 2015, United States Magistrate Judge Cooke entered Scheduling Order for Civil Rights Actions Filed by Incarcerated Pro Se Plaintiffs (ECF#37). On September 30, 2015, a copy of the Order was returned as undeliverable, "inmate discharged." (ECF #38). On September 30, 2015 the Court entered Order (ECF #39) if no action is taken in this case on or before Friday, October 30, 2015, the Court will dismiss this action with prejudice for failure to comply.

**Local Rules of Special Proceedings and Appeals 2-2 Change of Address provides as follows:**

"The plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."

///

///

"Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted).  All five factors point in favor of dismissal.

Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to comply with Court Orders (ECF #39).  Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED with prejudice for Plaintiff's failure to comply with the Court Order (ECF #39).  The Clerk of the Court shall enter judgment accordingly and close the case.

DATED this 18th day of November, 2015.

_____
ROBERT C. JONES
District Judge